TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE GABRIEL HERNANDEZ ISIDORO,<br><br>          Petitioners,<br><br>     v.<br><br>MICHAEL V. BERNACKE, Field Office Director, U.S. Immigration and Customs Enforcement; JOHN MATTOS, Warden, Nevada Southern Detention Center; KRISTI NOEM, Secretary, U.S. Department, of Homeland Security; RODNEY S. SCOTT, Commissioner, U.S. Customs and Border Protection; and PAMELA BONDI, Attorney General of the United States,<br><br>          Respondents. | Case No. 2:25-cv-02312-RFB-NJK<br><br>**Joint Proposed Briefing Schedule** |

   The Court issued an order directing the parties to submit a joint proposed briefing schedule for Petitioner's Amended Petition for Writ of Habeas Corpus. In light of the upcoming federal holidays and previously scheduled out-of-country travel by counsel for Federal Respondents from December 22 through January 2, 2026, the parties propose the following briefing schedule:

- **January 22, 2026:** Respondents file their response to the Petition
- **February 5, 2026:** Petitioner files his reply

The parties agreed in principle on December 22, 2025; however, because of undersigned AUSA's international travel, federal holidays from December 24 to December 26, and the unplanned absence of primary and secondary paralegals for undersigned AUSA on December 29 due to severe flight delays, this stipulated briefing schedule regretfully could not be submitted by Federal Respondents until today.

Respectfully submitted this 30th day of December 2025.

TODD BLANCHE
Deputy U.S. Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Christian R. Ruiz*
CHRISTIAN R. RUIZ
Assistant United States Attorney
*Attorneys for Federal Respondents*

JEGLAW LTD

*/s/ Jon Eric Garde*
JON ERIC GARDE, ESQ.
4455 S Pecos Rd., Las Vegas NV 89121

*Attorney for Petitioner*

**IT IS SO ORDERED.**

Dated: December 31, 2025.

_____
U.S. District Judge
Richard F. Boulware, II